STORR v. WAKEFIELD et al., Appellants.

Obligation to pay Money and Attorney's Fees: PRACTICE. Since an obligation for the payment of money, containing a stipulation for payment of attorney's fees besides, is not a promissory note, (See *First National Bank v. Marlow*, ante, p. 618,) a suit on such an instrument is not, under the statute, triable at the return term.

*Appeal from Jasper Circuit Court.*—HON. JOSEPH CRAVENS, Judge.

REVERSED.

*Harding & Buller* for appellants.

*Belch & Silver* for respondent.

HOUGH, J.—This case falls within the rule laid down in the *First National Bank v. Marlow, et al., ante,* p. 618, the instrument here sued on being similar to the one sued on in that case. As this suit is not founded on a bond, bill of exchange or promisory note, it should not have been tried at the return term against the objections of of the defendant. The judgment will be reversed and the cause remanded. The other judges concur.